JOHN A. CALLINAN, Respondent-Appellant, v. GEROSA HAULAGE & WAREHOUSE CORP. et al., Appellants, and DE VOE IRONWORKS, INC., Respondent. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Third-Party Plaintiff-Respondent, v. GEROSA HAULAGE & WAREHOUSE CORP., Third-Party Defendant-Appellant

Beldock, P. J., Ughetta, Brennan, Hopkins and Munder, JJ., concur.

HANS FURSTENHEIM, Respondent, et al., Plaintiff, v. CONGREGATION OF THE FIRST CHURCH OF KEW GARDENS et al., Defendants, and PIERCE & STEVENS CHEMICAL CORP., Appellant.

Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.